# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

**JUDGMENT IN A CIVIL CASE**

**CANECIA MOORE and**
**MICHAEL MOORE,**

Plaintiffs,

CASE NUMBER: 2:14-cv-2193-JDB-tmp

v.

**CITY OF MEMPHIS,**
**OFFICER B. NEMEC, JANE DOE**
**and JOHN DOE,**

Defendants.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered on July 3, 2014, dismissing the Defendant, City of Memphis, the Order entered on July 17, 2014 dismissing claims against Defendants, Jane and John Doe and the Stipulation of Dismissal entered on April 3, 2015 in the above-styled matter,  this case is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

**s/J. Daniel Breen**
**Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**